**Vito Antonio LAERA, Plaintiff-Appellant,**

v.

**Robin S. ROSENBAUM; Patrick M. Hunt; Jonathan Goodman; Joan A. Lenard; William H. Pryor, Jr.; Julie E. Carnes; United States of America; Stanley Marcus, Defendants-Appellees.**

No. 16-2388

United States Court of Appeals, Fourth Circuit.

Submitted: February 16, 2017

Decided: February 21, 2017

Vito Antonio Laera, Appellant Pro Se.

Tiffany Mallory Moore, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellees.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vito Antonio Laera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. Laera v. Rosenbaum, No. 3:15-cv-00371-RJC-DCK, 2016 WL 6775638 (W.D.N.C. Nov. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED